IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN SCHELLER, | : | No. 4:13-CV-890 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| POINT TOWNSHIP, JOSHUA VAN KIRK, and WADE LYTLE | : : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, THEREFORE, this 6th day of May, 2014, **IT IS HEREBY**

**ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is ADOPTED WITH MODIFICATIONS. ECF No. 13.

2. Defendants' Motion to Dismiss Amended Complaint is GRANTED in part and DENIED in part. ECF No. 9.

3. Plaintiff's Amended Complaint is DISMISSED without prejudice. ECF No. 7.

4. The clerk is directed to close the case file.

          BY THE COURT:

          /s Matthew W. Brann
          Matthew W. Brann
          United States District Judge